# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHERYN HELEN CAMPBELL and DAVID L. CAMPBELL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: 2:19-cv-00975-WBS-DMC<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

///

///

1

[PROPOSED] ORDER

Plaintiffs KATHERYN HELEN CAMPBELL and DAVID L. CAMPBELL ("**Plaintiffs**") and Defendant FCA US LLC ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $5,000.00 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) Each of the undersigned represents that he or she has been duly authorized to enter into the Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 25, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Prepared by:
**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-7973
Fax: (310) 552-7973
Email: stevem@knightlaw.com
Attorney for Plaintiffs,
**KATHERYN HELEN CAMPBELL and DAVID L. CAMPBELL**