1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

12

13

KATHERYN HELEN CAMPBELL and
DAVID L. CAMPBELL

CASE NO : **2:19-cv-00975-WBS-DMC**

14

15

            Plaintiffs,

16

v.

**ORDER GRANTING JOINT**
**STIPULATION AND ORDER FOR**
**DISMISSAL WITH PREJUDICE**

17

18

FCA US LLC, a Delaware Limited Liability
Company; and DOES 1 through 10, inclusive,

19

            Defendants.

20

21

22

23

      The stipulation is approved. The entire action is hereby dismissed with prejudice.

24

IT IS SO ORDERED.

25

26

Dated:  September 18, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

27

28

-1-

[PROPOSED ORDER] GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL